## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**C. K. THARPE, III, et al, as Trustees of the
Jacksonville Plumbers and Pipefitters Health
and Welfare, Pension & Vacation Funds,**

       Plaintiffs,

**v.**                                     **CASE NO. 3:05-cv-788-J-16MMH**

**W. H. HEARN MECHANICAL CONTRACTOR,
INC., a Florida corporation; and HEARN
SUCCESSOR CORPORATION, an unknown entity,**

       Defendants**.**

_____/

## O R D E R

Before the Court is Plaintiffs' Motion for Reconsideration (Dkt. 11) and Memorandum in

Support (Dkt. 12). While the Motion is not entitled as being unopposed, counsel for Plaintiff certify

that opposing counsel has no objection to this motion. (Dkt. 11 at 3). Plaintiffs are seeking the Court

to reconsider its Order of October 25, 2005, as that Order stayed the case (Dkt. 10). The Court's

Order stated that "the Defendants represent that they have filed bankruptcy as evidenced by the

attached Suggestion of Bankruptcy" and that the case was therefore stayed (Dkt. 10). Plaintiffs

assert, however, that both Defendants in this case have not filed bankruptcy as the Suggestion of

Bankruptcy indicates that only Defendant W.H. Hearn Mechanical Contractor, Inc. ("W.H. Hearn

Mechanical Contractor") filed for Chapter 7 Bankruptcy. As a result, Plaintiffs argue the case is

properly stayed against W.H. Hearn Mechanical Contractor, but that the case should not be stayed

against Defendant Hearn Successor Corporation ("Hearn Successor") as it has not filed bankruptcy.

Furthermore, Plaintiffs request they be allowed to take discovery from Defendant W.H. Hearn

Mechanical Contractor for the "purpose of determining the identity of Hearn Successor Corporation, an unknown entity, who appears to be conducting business in Jacksonville. . .and for any other facts relevant to whether the Successor Corporation has liability under 29 U.S.C.A § 1381." (Dkt. 12 at 3).

After thoroughly considering Plaintiffs arguments, the Court finds that Plaintiffs' Motion for Reconsideration (Dkt. 11) is **DENIED**. The Order dated October 25, 2005 stayed this case (Dkt. 10) and the Court finds no reason to modify it.

**DONE AND ORDERED** at Jacksonville, Florida this 23rd day of November, 2005.

Copies to: Counsel of Record

JOHN H. MOORE II
United States District Judge